UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KOO KWANG JUNG,<br><br>　　　　Petitioner,<br><br>vs.<br><br>JACK PALMER, *et al.*,<br><br>　　　　Respondents. | 3:12-cv-00324-RCJ-WGC<br><br>**ORDER** |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the petition. Petitioner must either submit the $5.00 filing fee for habeas petitions or an application to proceed *in forma pauperis*.

**IT THEREFORE IS ORDERED** that this action is **DISMISSED** without prejudice to the filing of **a new petition in a new action**.

**IT FURTHER IS ORDERED** that the Clerk of the Court shall send petitioner two copies of an *in forma pauperis* application form for a prisoner, one copy of the instructions for the same, two copies of a blank 28 U.S.C. § 2254 habeas petition form, and one copy of instructions for the same.

**IT IS FURTHER ORDERED** that petitioner may file a new petition in a new action, but he may not file further documents in this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

DATED this 6th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE